An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JUDITH SCRASE,
                                    Appellant,
                        vs.
GEORGE'S TIRE AND AUTO REPAIR,
                            Respondent.

No. 68175

**FILED**

SEP 2 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from an order appellant identifies as "entered in this action on the 24th day of July, 2013." Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, no order entered on or around July 24, 2013, appears in the district court docket entries. Moreover, an order granting summary judgment in favor of respondents appears to have been entered on April 12, 2013, and appellant appealed from that order. *See Scrase v. George's Tire*, Docket No. 63163 (Order of Affirmance, July 24, 2013). To the extent appellant may be seeking rehearing or reconsideration of this court's order, NRAP 40(a)(1) provides that a petition for rehearing must be filed within 18 days after the court's decision has been filed. The time to file a petition for rehearing thus

SUPREME COURT
OF
NEVADA

(O) 1947A

15-29254

expired in this case on August 12, 2013. Accordingly, we conclude that we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Jessie Elizabeth Walsh, District Judge
Judith Scrase
Valarie I. Fujii & Associates
Eighth District Court Clerk